PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. WALSH,
Deputy Comptroller, et al.

(Supreme Court, Appellate Division, Third Department. November 26, 1913.)

Appeal from Special Term, Albany County.

Mandamus by the People, on the relation of the New York Central & Hudson River Railroad Company, against Michael J. Walsh, Deputy State Comptroller, and others (Fox Ridge Case). From an order in favor of relator, defendants appeal. Final order reversed with costs, and motion for peremptory writ of mandamus denied.

Argued before SMITH, P. J., and KELLOGG, LYON, HOWARD, and WOODWARD, JJ.

Thomas Carmody, Atty. Gen., and Edward J. Malone, Deputy Atty. Gen., for appellants.

Visscher, Whalen & Austin, of Albany (H. Le Roy Austin, of Albany, of counsel) for respondent.

PER CURIAM. Final order reversed, with costs, and motion for peremptory writ of mandamus denied, with $10 costs, on the opinion in People ex rel. N. Y. C. & H. R. R. Co. v. Walsh, 144 N. Y. Supp. 367, decided herewith. All concur, except KELLOGG and HOWARD, JJ., who vote for affirmance as to the mandamus to the comptroller for the money damages.